**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| 3730 NORTH SOUTHPORT, LLC, ) | |
| ) | Case No. 10-34937 |
| Debtor. ) | |
| ) | Judge A. Benjamin Goldgar |
| ) | |
| ) | Hearing Date: August 17, 2011 |
| ) | Hearing Time: 9:30 a.m. |

**NOTICE OF MOTION**

To:   See service list attached

**PLEASE TAKE NOTICE** that on the 17th day of August, 2011 at 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 613 of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, to then and there present **MOTION FOR ENTRY OF A FINAL DECREE**, a copy of which is hereby served upon you.

By:   /s/ Julia Jensen Smolka

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of August, 2011, she duly served (or caused to be served) the above described Notice by First Class U.S. Mail, other than those electronically notified, together with copies of the Motion and Proposed Order referred to herein.

/s/ Julia Jensen Smolka

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

**In re 3730 North Southport LLC**
**Case No. 10-34937**

**SERVICE LIST**

**VIA ECF**

Patrick S. Layng
Office of the U.S. Trustee Region 11
219 South Dearborn Street #873
Chicago, IL 60604

Levenfeld Pearlstein LLC
William Schwartz
Jonathan P. Friedland
Gary I. Blackman
400 Skokie Boulevard #700
Northbrook, IL 60062
wschwartz@lplegal.com
jfriedland@lplegal.com
gblackman@lplegal.com

Kevin A. Ameriks
Bridgeview Bank Group
4753 N. Broadway
Chicago, IL 60640
kevin.ameriks@bridgeviewbank.com

**VIA FIRST-CLASS MAIL**

Thomas Platt
3728 N. Southport
Chicago, IL 60618

William J. Platt
3728 N. Southport
Chicago, IL 60618

Michael Prousis
Assistant Attorney General
33 South State Street #992
Chicago, IL 60603

John F. Purtill
Registered Agent of Northbrook Bank & Trust as successor to Ravenswood Bank
1515 E. Woodfield Road #250
Schaumburg, IL 60173

Access Group
3728 N. Southport
Chicago, IL 60618

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60601

City of Chicago
Department of Water Management
333 S. State Street #510
Chicago, IL 60604-3979

Cook County Treasurer
118 N. Clark Street #112
Chicago, IL 60602

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Illinois Department Employment Security
33 S. State Street
Chicago, IL 60603

3730 N. Southport LLC
3728 N. Southport Avenue
Chicago, IL 60618

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| 3730 NORTH SOUTHPORT, LLC, ) | |
| ) | Case No. 10-B-34937 |
| Debtor. ) | |
| ) | Judge A. Benjamin Goldgar |
| ) | |
| ) | Hearing Date: August 17, 2011 |
| ) | Hearing Time: 9:30 a.m. |

### MOTION FOR ENTRY OF A FINAL DECREE

DEBTOR, 3730 North Southport LLC ("Debtor"), by and through its attorneys Abraham Brustein, Julia Jensen Smolka and DiMonte & Lizak, LLC, pursuant to 11 U.S.C. 350 and Bankruptcy Rule 3022, seeks entry of an order for a final decree, and in support thereof, states as follows:

1. On August 4, 2010 ("Filing Date"), Debtor filed a voluntary petitio for relief under Chapter 11 of the Bankruptcy Code ("Code").

2. Pursuant to Sections 1107 and 1108 of the Code, Debtor is operating its business as a debtor-in-possession.

3. On May 27, 2011, this Court entered an order confirming Debtor's fourth amended plan of reorganization (Docket No. 208).

4. Debtor has substantially consummated its plan of reorganization. It has executed and delivered a deed conveying the property located at 3728-30 N. Southport Avenue, Chicago, Illinois to Southport Investors, LLC. The deed has been recorded as contemplated in the fourth amended plan. A true and correct chart of the status of remaining payments is attached hereto and incorporated herein as Exhibit A.

5. The estate has no remaining property to administer.

6. There are no pending motions or other activity in this case.

7. By this motion, Debtor seeks entry of an order closing the case.

8. Notice of this motion has been sent to all creditors, the U.S. Trustee, and Debtor.

Respectfully submitted,

DIMONTE & LIZAK, LLC

By:     /s/ Julia Jensen Smolka
One of the attorneys for Debtor

Abraham Brustein, #0327662
Julia Jensen Smolka, #6242466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600
abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com